JAMES THOMPSON et al., Appellants, *v.* CHARLES W. DATER et al., Respondents.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made July 7, 1890, which reversed an order of Special Term denying a motion to vacate an attachment and granted motion.

*William P. Cantwell* for appellants.

*Nelson Davenport* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.